**FILED**
KC
NOV 16 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TRIBUNE MEDIA SERVICES, INC. <br><br> Defendant. | 07CV6497 <br> JUDGE NORGLE <br> MAGISTRATE JUDGE MASON |

## PLAINTIFF'S NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT

Now comes the Plaintiff, Blue Ridge Salvage Company, Inc., by and through its attorney, Kevin B. Salam of Wolf Holland & Solovy, LLP, and pursuant to Local Rule 3.2 provides the following Notification of Affiliates Disclosure Statement.

Plaintiff is Blue Ridge Salvage Company, Inc., ("Blue Ridge"). Blue Ridge is incorporated in Virginia and has its principal place of business in Flint Hills, Virginia.

Blue Ridge is wholly owned by an individual named, Susan MacNelly of Flint Hills, Virginia.

Respectfully submitted,

_____
Blue Ridge Salvage Company, Inc.,
by its attorney, Kevin B. Salam

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

1