**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 07 C 6497 |
| Blue Ridge Salvage Company, Inc.,      Plaintiff, | |
| v. | |
| Tribune Media Services, Inc.,      Defendant. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
TRIBUNE MEDIA SERVICES, INC.

| |
|---|
| NAME (Type or print) |
| Chad A. Blumenfield |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Chad A. Blumenfield |
| FIRM |
| Goldberg Kohn Bell Black Rosenbloom & Moritz, Ltd. |
| STREET ADDRESS |
| 55 East Monroe Street, Suite 3300 |
| CITY/STATE/ZIP |
| Chicago, IL 60603-5802 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06282545 | 312.863.7137 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☑ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐