# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC. | ) <br> ) <br> ) |
| Plaintiff, | ) No. 07 C 6497 <br> ) |
| v. | ) <br> ) |
| TRIBUNE MEDIA SERVICES, INC. | ) District Judge Charles R. Norgle <br> ) Magistrate Judge Mason |
| Defendant. | ) |

## NOTICE OF FILING

TO:  Kevin B. Salam, Esq.
     Wolf Holland & Solovy, LLP
     40 Skokie Blvd., Ste. 105
     Northbrook, IL 60062

    PLEASE TAKE NOTICE that this day we have filed with the Clerk of the Court, **DEFENDANT'S ANSWER AND COUNTERCLAIM**, a copy of which is attached hereto.

    **DATED** this 10th day of December, 2007.

                    TRIBUNE MEDIA SERVICES, INC.


                    By  /s/ Frederic R. Klein
                        One of Its Attorneys


Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

    The undersigned, an attorney, certifies that on December 10, 2007, he caused a copy of the foregoing **DEFENDANT'S ANSWER AND COUNTERCLAIM**, to be served via the U.S. District Court's electronic notification system upon:

      Kevin B. Salam, Esq.
      Wolf Holland & Solovy, LLP
      40 Skokie Blvd., Ste. 105
      Northbrook, IL 60062

      /s/ Frederic R. Klein
      Frederic R. Klein