## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) | |
| Plaintiff-Counterdefendant, | ) | No. 07 C 6497 |
| vs. | ) ) | District Judge Norgle Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC. | ) ) ) | |
| Defendant-Counterplaintiff. | ) | |

### NOTICE OF FILING

TO: Frederic R. Klein
     Chad A. Blumenfield
     Kerry K. Donovan
     GOLDBERG, KOHN, BELL, BLACK
     ROSENBLOOM & MORITZ, LTD.
     55 East Monroe
     Suite 3300
     Chicago, IL 60603

PLEASE TAKE NOTICE that this day, BLUE RIDGE SALVAGE CO., INC., has filed with the Clerk of the Court, **PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**, a copy of which is attached hereto.

**DATED** this **31st day of December, 2007**

Blue Ridge Salvage Company, Inc.

/s/ Kevin B. Salam
Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

1

2

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on **December 31, 2007**, he caused a copy of the forgoing **PLAINTIFF'S REPLY TO DEFENDANT'S COUNTERCLAIM**, to be served via the U.S. District Court's electronic notification system upon:

    Frederic R. Klein
    Chad A. Blumenfield
    Kerry K. Donovan
    GOLDBERG, KOHN, BELL, BLACK
     ROSENBLOOM & MORITZ, LTD.
    55 East Monroe
    Suite 3300
    Chicago, IL 60603

                                                /s/ Kevin B. Salam
                                                Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)