IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) |
| Plaintiff-Counterdefendant, | ) No. 07 C 6497 |
| vs. | ) District Judge Norgle ) Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC. | ) ) ) |
| Defendant-Counterplaintiff. | ) |

**PLAINTIFF'S MOTION FOR JUDGMENT ON THE PLEADINGS**

Now comes the Plaintiff-Counterdefendant, Blue Ridge Salvage Company, Inc. ("Blue Ridge"), by its attorney, Kevin B. Salam of Wolf Holland & Solovy, LLP, and respectfully moves this Court for judgment on the pleadings pursuant to Rule 12(c) of the Federal Rules of Civil Procedure. In support of its motion, Blue Ridge states as follows:

1. At issue in this case is whether Blue Ridge, the owner of "Shoe" comic strip (the "Feature") is legally bound to continue its 20 plus year relationship with Tribune Media Services, Inc. ("TMS") as it relates to the exploitation of rights in the Feature.

2. Blue Ridge filed its Complaint and on December 11, 2007, TMS filed its Answered and Counterclaim.

3. On December 31, 2007, Blue Ridge filed its answer to TMS' Counterclaim.

1

4. The case is at issue on the pleadings.

5. The issue presented by the instant motion is the following:

Did TMS fail to properly exercise its claimed right of first refusal by including in its proposed new syndication agreement paragraph 4(c), which contains an oppressive post termination payment provision that TMS admits was not part of the terms of the proposal TMS was attempting to match?

6. In further support of its motion, Blue Ridge adopts and incorporates by this reference, the exhibits and argument contained in its brief in support of this motion, filed contemporaneously herewith.

**WHEREFORE**, Blue Ridge respectfully requests that this Court grant its motion and enter judgment in its favor on Blue Ridge's Compliant for Declaratory relief and in Blue Ridge's favor on TMS' Counterclaim for Declaratory and Injunctive Relief and such further relief as this Court deems just and appropriate.

Respectfully submitted,
Blue Ridge Salvage Company, Inc.

/s/ Kevin B. Salam
Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)