## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Blue Ridge Salvage Company, Inc.
                              Plaintiff,

v.                                             Case No.: 1:07–cv–06497
                                                   Honorable Charles R. Norgle Sr.

Tribune Media Services, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Charles R. Norgle Sr.:Defendant's response to Plaintiff's Motion for Judgment on the Pleadings [14] is due on or before 1/25/2008. Plaintiff's reply is due on or before 2/8/2008.Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.