# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) | |
| Plaintiff, | ) ) | No. 07 C 6497 |
| vs. | ) ) | District Judge Norgle |
| TRIBUNE MEDIA SERVICES, INC., | ) ) | Magistrate Judge Mason |
| Defendant. | ) ) | |

## DEFENDANT'S UNOPPOSED MOTION
## FOR LEAVE TO FILE 18-PAGE MEMORANDUM OF LAW

Defendant Tribune Media Services, Inc. ("TMS"), by its undersigned counsel, hereby respectfully moves for leave to file a 18-page Memorandum of Law in Opposition to Plaintiff's Motion for Judgment on the Pleadings, attached hereto as Exhibit A. In support thereof, TMS states as follows:

1. This case concerns the existence and enforceability of a right of first refusal. Plaintiff Blue Ridge Salvage Company, Inc. ("Blue Ridge") filed its Complaint for Declaratory Judgment on November 16, 2007; TMS filed its Answer and Counterclaim on December 11, 2007; and Blue Ridge filed its Reply to Defendant's Counterclaim on December 31, 2007.

2. On January 2, 2008, Blue Ridge filed its Motion for Judgment on the Pleadings and Brief in Support of Motion for Judgment on the Pleadings, contending that under Fed.R.Civ.P. 12(c), a final judgment should be entered in its favor at this time.

3. On January 3, 2008, this Court set a briefing schedule requiring TMS to file its opposition to the Motion for Judgment on the Pleadings by January 25, 2008, and

granting Blue Ridge until February 8, 2008 to file a reply in support of its Motion for Judgment on the Pleadings.

4. On January 25, 2008, TMS will be filing Defendant's Memorandum of Law in Opposition to Plaintiff's Motion for Judgment on the Pleadings. That Memorandum of Law is 18 pages long, three pages in excess of the length of brief normally allowed under the Local Rules. TMS has addressed all of the issues in as succinct a manner as possible to establish that Plaintiff's Motion for Judgment on the Pleadings should be denied, but has required an additional three pages to present its arguments.

5. Blue Ridge has been informed that TMS' Memorandum of Law will be only a few pages longer than the usual length, and has stated that it has no objection.

WHEREFORE, Tribune Media Services, Inc. respectfully prays that the Court grant it leave to file its 18-page Memorandum of Law in Opposition to Plaintiff's Motion for Judgment on the Pleadings, and for all other and further relief deemed appropriate by the Court.

Dated: January 25, 2008

TRIBUNE MEDIA SERVICES, INC.

By /s/ Frederic R. Klein
One of Its Attorneys

Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois 60603
(312) 201-4000