# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., ) <br> Plaintiff, ) <br> v. ) <br> TRIBUNE MEDIA SERVICES, INC., ) <br> Defendant. ) | No. 07 C 6497 <br> District Judge Norgle <br> Magistrate Judge Mason |

## NOTICE OF MOTION

TO:  Kevin B. Salam, Esq.
     Wolf Holland & Solovy, LLP
     40 Skokie Blvd., Ste. 105
     Northbrook, IL 60062

**PLEASE TAKE NOTICE** that on February 1, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE 18-PAGE MEMORANDUM OF LAW**, a copy of which is attached hereto.

DATED:  January 25, 2008

                              TRIBUNE MEDIA SERVICES, INC.


                              By  /s/ Frederic R. Klein
                                    One of Its Attorneys

Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, certifies that on January 25, 2008, he caused a copy of the foregoing **NOTICE OF MOTION** and **DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE 18-PAGE MEMORANDUM OF LAW** to be served via the U.S. District Court's electronic notification system upon:

            Kevin B. Salam, Esq.
            Wolf Holland & Solovy, LLP
            40 Skokie Blvd., Ste. 105
            Northbrook, IL 60062


            <u>/s/ Frederic R. Klein</u>
            Frederic R. Klein