IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 07 C 6497 ) District Judge Norgle ) Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC., | ) ) |
| Defendant. | ) |

**NOTICE OF MOTION**

TO:  Kevin B. Salam, Esq.
 Wolf Holland & Solovy, LLP
 40 Skokie Blvd., Ste. 105
 Northbrook, IL 60062

**PLEASE TAKE NOTICE** that on February 8, 2008 at 9:30AM, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Charles R. Norgle in Courtroom 2341 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present the **Defendant's Motion to Shorten the Time for Responses to Written Discovery**, a copy of which is attached hereto.

DATED:  February 1, 2008

 TRIBUNE MEDIA SERVICES, INC.


 By:  /s/ Frederic R. Klein
  One of Its Attorneys

Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

-2-

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 1, 2008 she caused a true and correct copy of the foregoing **Notice of Motion to Shorten the Time for Responses to Written Discovery** to be served via the U.S. District Court's electronic notification system upon:

Kevin B. Salam, Esq.
Wolf Holland & Solovy, LLP
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062

    /s/ Kerry K. Donovan
    Kerry K. Donovan