# INDEX TO EXHIBITS

Ex. 1:  January 29. 2008 letter from Audra Kujawski of King Features to Steven B. Wolf of Wolf Holland & Solovy, LLP

# EXHIBIT 1

EXHIBIT 1

**AUDRA KUJAWSKI**
DIRECTOR OF BUSINESS AFFAIRS
& INTELLECTUAL PROPERTY

January 29, 2008

<u>By Express Mail</u>

Steven B. Wolf, Esq.
Wolf Holland Solovy LLP
40 Skokie Boulevard, Suite 105
Northbrook, Illinois 60062

Re: Blue Ridge Salvage Company, Inc. ("Blue Ridge") vs. Tribune Media Services, Inc. ("TMS") regarding the comic feature entitled SHOE ("SHOE")

Dear Steve:

You have asked me whether King Features would agree to distribute SHOE to newspapers after March 31, 2008, in the event TMS is unwilling to do so. Please know that we would be glad to help Blue Ridge ensure that there is no interruption in service, however, as you are aware, TMS has issued a cease and desist letter to King Features demanding that we not enter into any arrangement with Blue Ridge with respect to SHOE. In light of that demand, it will be possible for us to make arrangements with Blue Ridge to service SHOE under mutually agreeable terms only if we receive written assurance from the Court and/or TMS that King Features will not be subject to any claims as a result of these efforts.

Bearing in mind that the lead time for such a transition is at least 6 weeks, we will need to know as soon as possible if King Features' services are going to be required.

Regards,



**KING FEATURES**
A UNIT OF THE HEARST CORPORATION
BUSINESS AFFAIRS
300 W. 57TH ST., NEW YORK, NY 10019-5238
TEL: (212) 969-7590   FAX: (646) 280-1590   EMAIL: AKUJAWSKI@HEARST.COM
WWW.KINGFEATURES.COM