IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) | |
| Plaintiff-Counterdefendant, | ) | No. 07 C 6497 |
| vs. | ) ) | District Judge Norgle |
| | ) | Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC. | ) ) ) | |
| Defendant-Counterplaintiff. | ) | |

## NOTICE OF MOTION

TO:   Frederic R. Klein
      Chad A. Blumenfield
      Kerry K. Donovan
      GOLDBERG, KOHN, BELL, BLACK
       ROSENBLOOM & MORITZ, LTD.
      55 East Monroe
      Suite 3300
      Chicago, IL 60603

      PLEASE TAKE NOTICE that Friday, February 8, 2008, at 9:30 am, in courtroom 2341 before the Hon. Judge Charles L. Norgle, I will present the attached **PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE AND ENTRY OF STANDSTILL ORDER**, a copy of which is attached hereto.

      **DATED** this **6th day of February, 2008**

      Blue Ridge Salvage Company, Inc.


      /s/ Kevin B. Salam
      Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

1

2

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, certifies that on **February 6, 2008**, he caused a copy of the forgoing **NOTICE OF MOTION**, and motion referred to therein to be served via the U.S. District Court's electronic notification system upon:

  Frederic R. Klein
  Chad A. Blumenfield
  Kerry K. Donovan
  GOLDBERG, KOHN, BELL, BLACK
   ROSENBLOOM & MORITZ, LTD.
  55 East Monroe
  Suite 3300
  Chicago, IL 60603

                                        /s/ Kevin B. Salam
                                        Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

2