IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) | |
| Plaintiff-Counterdefendant, | ) | No. 07 C 6497 |
| vs. | ) ) | District Judge Norgle |
| | ) | Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC. | ) ) ) | |
| Defendant-Counterplaintiff. | ) | |

## NOTICE OF FILING

TO:  Frederic R. Klein
 Chad A. Blumenfield
 Kerry K. Donovan
 GOLDBERG, KOHN, BELL, BLACK
  ROSENBLOOM & MORITZ, LTD.
 55 East Monroe
 Suite 3300
 Chicago, IL 60603

PLEASE TAKE NOTICE that this day, BLUE RIDGE SALVAGE CO., INC., has filed with the Clerk of the Court, **PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**, a copy of which is attached hereto.

**DATED** this **8th day of February, 2008**

Blue Ridge Salvage Company, Inc.


/s/ Kevin B. Salam
Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on **February 8, 2008**, he caused a copy of the forgoing **PLAINTIFF'S REPLY BRIEF IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS**, to be served via the U.S. District Court's electronic notification system upon:

>Frederic R. Klein
>Chad A. Blumenfield
>Kerry K. Donovan
>GOLDBERG, KOHN, BELL, BLACK
> ROSENBLOOM & MORITZ, LTD.
>55 East Monroe
>Suite 3300
>Chicago, IL 60603

>/s/ Kevin B. Salam
>Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)