UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Blue Ridge Salvage Company, Inc.
                              Plaintiff,

v.                                             Case No.: 1:07−cv−06497
                                               Honorable Charles R. Norgle Sr.

Tribune Media Services, Inc.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 8, 2008:

MINUTE entry before Judge Charles R. Norgle Sr.:Motion hearing held on 2/8/2008. Motion to Shorten Time for Responses to Written Discovery [22] Motion for Pretrial Conference and Entry of Standstill Order[25] are taken under advisement. The court will rule on the pending motion for judgment on the pleadings within 14 days. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.