IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | No. 07 C 6497 District Judge Norgle |
| TRIBUNE MEDIA SERVICES, INC., | ) ) | Magistrate Judge Mason |
| Defendant. | ) | |

**DEFENDANT'S
RULE 3.2  NOTIFICATION OF AFFILIATES**

Defendant Tribune Media Services, Inc. ("TMS"), by and through its undersigned counsel, hereby files its Notification of Affiliates – Disclosure Statement, as required by Local Rule 3.2 of the United States District Court for the Northern District of Illinois.  TMS states as follows:

TMS is a non-governmental business entity.  TMS' parent corporation is the Tribune Company, which is not a publicly-traded company.

        Respectfully submitted,

        TRIBUNE MEDIA SERVICES

        By  /s/ Kerry K. Donovan

        One of Its Attorneys

Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG KOHN BELL BLACK
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on February 13, 2008, she caused a copy of the foregoing **DEFENDANT'S RULE 3.2 NOTIFICATION OF AFFILIATES** to be served via the U.S. District Court's electronic notification system upon:

>Kevin B. Salam, Esq.
>Wolf Holland & Solovy, LLP
>40 Skokie Blvd., Ste. 105
>Northbrook, IL 60062

>/s/ Kerry K. Donovan

>Kerry K. Donovan