Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6497 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Blue Ridge Salvage Company, Inc. v. Tribune Media Services, Inc. | | |

**DOCKET ENTRY TEXT**

The Court has denied Plaintiff's Motion for Judgment on the Pleadings [14] in a separate order. The Court orders the clerk to direct all pretrial issues to the assigned magistrate judge in light of counsel's representation that time is critical in this matter. The Court will be engaged in a lenthy criminal matter now set for trial on February 19, 2008. See United States v. Vallone, et. al., 04 CR 372.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

| | Courtroom Deputy | MP |
|---|---|---|