**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Blue Ridge Salvage Company, Inc.
          Plaintiff,

v.                 Case No.: 1:07−cv−06497
                Honorable Charles R. Norgle Sr.

Tribune Media Services, Inc.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 26, 2008:

   MINUTE entry before Judge Michael T. Mason : Motion hearing and status held on 2/26/08. Defendant's Motion to Shorten the Time for Responses to Written Discovery [22] is GRANTED in part. Plaintiff is ordered to respond to defendant's Request for Production by 2/29/08 and Interrogatories and Request to Admit by 3/3/08. The motion is denied as to all other aspects. Plaintiff's Motion for Pretrial Conference and Entry of Standstill Order [25] is DENIED for the reasons stated on the record. As ordered by this Court, the parties participated in a Fed. R. Civ. P. 16(a) pretrial conference in order to discuss discovery scheduling and reported that they were unable to reach an agreement. The parties are therefore ordered to file separate status reports, not to exceed four pages, by noon on 3/5/08, with courtesy copies delivered to chambers, room 2206, and are to contact the courtroom deputy, 312/435−6051, to schedule a settlement conference. Counsel and their clients must read and follow the procedures set forth in this Court's Standing Order for Settlement Conference.(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.