## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
## Eastern Division

Blue Ridge Salvage Company, Inc.
                         Plaintiff,

v.                                                Case No.: 1:07−cv−06497
                                                  Honorable Charles R. Norgle Sr.

Tribune Media Services, Inc.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 28, 2008:

MINUTE entry before Judge Michael T. Mason : To clarify, plaintiff's settlement demand letter to be submitted to defendant's counsel by 3/25/08. Defendant's response letter with an offer and demand on the counter−claim to be submitted to plaintiff's counsel by 4/1/08. Plaintiff's 1 page reply to be submitted to defendant's counsel by 4/3/08. Plaintiff's counsel to submit copies of all letters to chambers, room 2206, by 4/3/08. (kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.