IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) No. 07 C 6497 |
| v. | ) District Judge Norgle<br>) (Magistrate Judge Mason) |
| TRIBUNE MEDIA SERVICES, INC. | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF FILING

TO:   Kevin B. Salam, Esq.
       Wolf Holland & Solovy, LLP
       40 Skokie Blvd., Ste. 105
       Northbrook, IL 60062

     PLEASE TAKE NOTICE that this day we have filed with the Clerk of the Court, **DEFENDANT'S INITIAL STATUS REPORT AND PROPOSED DISCOVERY PLAN**, a copy of which is attached hereto.

     **DATED** this 28th day of February, 2008.

                                    TRIBUNE MEDIA SERVICES, INC.

                                    By   /s/ Frederic R. Klein
                                          One of Its Attorneys

Frederic R. Klein
Chad A. Blumenfield
Kerry K. Donovan
GOLDBERG, KOHN, BELL, BLACK,
 ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street
Suite 3300
Chicago, Illinois  60603
(312) 201-4000