IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) | |
| Plaintiff-Counterdefendant, | ) | No. 07 C 6497 |
| vs. | ) ) | District Judge Norgle |
| | ) | Magistrate Judge Mason |
| TRIBUNE MEDIA SERVICES, INC. | ) ) ) | |
| Defendant-Counterplaintiff. | ) | |

### NOTICE OF FILING

TO:  Frederic R. Klein
　　　Chad A. Blumenfield
　　　Kerry K. Donovan
　　　GOLDBERG, KOHN, BELL, BLACK
　　　　ROSENBLOOM & MORITZ, LTD.
　　　55 East Monroe
　　　Suite 3300
　　　Chicago, IL 60603

　　　　　PLEASE TAKE NOTICE that this day, BLUE RIDGE SALVAGE CO., INC., has filed with the Clerk of the Court, **PLAINTIFF'S INITIAL STATUS REPORT AND PROPOSED DISCOVERY PLAN**, a copy of which is attached hereto.

　　　　　　　　　　　　　　　　**DATED** this 5TH **day of March, 2007**

　　　　　　　　　　　　　　　　Blue Ridge Salvage Company, Inc.


　　　　　　　　　　　　　　　　/s/ Kevin B. Salam
　　　　　　　　　　　　　　　　Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)

1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on **March 5, 2007**, he caused a copy of the forgoing **PLAINTIFF'S INITIAL STATUS REPORT AND PROPOSED DISCOVERY PLAN**, to be served via the U.S. District Court's electronic notification system and regular mail upon:

>Frederic R. Klein
>Chad A. Blumenfield
>Kerry K. Donovan
>GOLDBERG, KOHN, BELL, BLACK
> ROSENBLOOM & MORITZ, LTD.
>55 East Monroe
>Suite 3300
>Chicago, IL 60603

>/s/ Kevin B. Salam
>Its attorney.

Kevin B. Salam
**Wolf Holland & Solovy, LLP**
40 Skokie Blvd., Ste. 105
Northbrook, IL 60062
224-330-1717 (Tel.)
224-330-1715 (Fax)