IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BLUE RIDGE SALVAGE COMPANY, INC., | ) ) ) |
| Plaintiff, | ) No. 07 CV 6497 ) |
| v. | ) ) Judge Norgle |
| TRIBUNE MEDIA SERVICES, INC., | ) ) Magistrate Judge Mason ) |
| Defendant. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Blue Ridge Salvage Company, Inc., by its undersigned counsel, and Defendant Tribune Media Services, Inc., by its undersigned counsel, hereby stipulate and agree that this action should be dismissed with prejudice, and without costs or attorneys' fees to either side.

SO STIPULATED.

_____
Kevin B. Salam
Wolf Holland & Solovy, LLP
40 Skokie Blvd., Suite 105
Northbrook, Illinois 60062
(224) 330-1717

Attorney for Blue Ridge Salvage Company, Inc.

_____
Frederic R. Klein
GOLDBERG KOHN BELL BLACK
  ROSENBLOOM & MORITZ, LTD.
55 East Monroe Street, Suite 3300
Chicago, Illinois 60603
(312) 201-4000

Attorney for Tribune Media Services, Inc.